[No. 59450-8-I.  Division One.  June 16, 2008.]

JEFFREY A. SCHUETZLE ET AL., *Respondents*, v. ROBERT LINEBERGER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-11439-1, George T. Mattson, J., entered January 4, 2007. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 59763-9-I.  Division One.  June 16, 2008.]

PHI TRINH ET AL., *Respondents*, v. SEATTLE CITY LIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-26460-0, Sharon S. Armstrong, J., entered February 27, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Leach, J., concurred in by Dwyer, A.C.J., and Cox, J.

[No. 59824-4-I.  Division One.  June 16, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DEANN BONNER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-00193-4, Ira Uhrig, J., entered April 4, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60011-7-I.  Division One.  June 16, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD LEE WARRINGTON III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08756-5, Nicole MacInnes, J., entered May 9, 2007. *Affirmed* by unpublished per curiam opinion.